Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
August 11, 2005









 

Petition for Writ of Mandamus Dismissed and Memorandum
Opinion filed August 11, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00782-CV

____________

 

IN RE CARL DOUGLAS HAYES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 1, 2005, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In his petition, relator sought to have this
court compel Charles Bacarisse, the Harris County District Clerk, to file
relator=s petition asserting a tort claim
against the Director of the Institutional Division of the Texas Department of
Criminal Justice.  








This court does not have mandamus jurisdiction over a
district clerk unless it is shown that issuance of the writ is necessary to
enforce our jurisdiction.  Tex. Gov=t Code Ann. ' 22.221(a), (b) (Vernon 2004); In
re Washington, 7 S.W.3d 181, 182 (Tex. App.CHouston [1st Dist.] 1999, orig.
proceeding).  Relator has made no such
allegation or showing.  Accordingly, we
lack jurisdiction over this proceeding. 
We therefore dismiss the petition for writ of mandamus.

 

PER CURIAM

 

Petition Dismissed and Memorandum
Opinion filed August 11, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.